# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

April 24, 2025

*Before*

KENNETH F. RIPPLE, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

THOMAS L. KIRSCH II, *Circuit Judge*

No. 24-1191

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee,* v. EURAL BLACK, *Defendant-Appellant.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. No. 1:05-cr-70-4 Lindsay C. Jenkins, *Judge.* |

**O R D E R**

Appellant filed a petition for rehearing *en banc* on April 8, 2025. No judge[1] in regular active service has requested a vote on the petition for rehearing *en banc*, and all judges on the original panel have voted to deny the petition for rehearing.

Accordingly, the petition for rehearing *en banc* is **DENIED**.

---

[1] Judge Joshua P. Kolar did not participate in the consideration of this matter.